| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Hartz, Harris L | 2. Court or Organization<br><br>Tenth Circuit Court of Appeals | 3. Date of Report<br><br>4/19/2005 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status;<br>  magistrate judges indicate full- or part-time)<br><br>Circuit Judge Active | 5. ReportType (check appropriate type)<br><br>○ Nomination,   Date<br><br>○ Initial    ◉ Annual    ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>201 Third St. NW, #1870<br><br>Albuquerque, NM 87102 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____   Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Trustee | Trust No. 1 |
| 2. | Chair | ABA Appellate Judges Conference |
| 3. | Director | Appellate Judges Education Institute |
| 4. | Trustee | Trust No. 2 |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | My judicial pension from the State of New Mexico has vested and will be distributed when I am age-eligible |

RECEIVED 2005 MAY -2 A 11:19 FINANCIAL DISCLOSURE OFFICE

## FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Hartz, Harris L | 4/19/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | ABA | 2/7-8, San Antonio, TX, Appellate Judges Conference (Travel, meals, and room) |
| 2. | ABA | 4/15-18, Tempe, AZ, Appellate Judges Conference (Travel, meals, and room) |
| 3. | ALI | 4/29-5/1 Philadelphia, PA, Advisers to Restatement (Third) of Agency (Travel, meals, and room) |
| 4. | ABA | 6/19-25, Manila, Philippines, ABA Asia Initiative (Travel, meals, and room) |
| 5. | ABA | 8/4-7, Atlanta, GA, Appellate Judges Conference (partial room and meals) |
| 6. | ABA, Appellate Judges Education Institute | 11/11-14, Dallas, TX, Appellate Judges Seminar (Travel, meals, and room) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hartz, Harris L | 4/19/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Trust 1 | D | Div. And int | O | T | | | | | |
| 2. --BRKA | | | | | | | | | |
| 3. --OIB | | | | | | | | | |
| 4. --NUV | | | | | | | | | |
| 5. --PNW | | | | | | | | | |
| 6. --SPI | | | | | | | | | |
| 7. --SO | | | | | | | | | |
| 8. --COP | | | | | | | | | |
| 9. --ATF | | | | | | | | | |
| 10. --MIRKQ | | | | | | | | | |
| 11. --Farmington NM Pwr Rev, due 1/13, muni bd | | | | | | | | | |
| 12. --Unit IMIT Muni Ins. Long Term 86 QPS, bond fund | | | | | | | | | |
| 13. --Unit IMIT Muni Ins. Long Term 40 QPS, bond fund | | | | | | | | | |
| 14. --Unit IMIT Muni Ins. Long Term 39 QPS, muni bd fund | | | | | | | | | |
| 15. --Unit Mu;ni Bd Trust Series 7, muni bd fund | | | | | redemption | 2/27 | J | A | |
| 16. --TWCUX | | | | | | | | | |
| 17. --FIIIX | | | | | | | | | |
| 18. --JANSX | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hartz, Harris L | 4/19/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. --NGUAX | | | | | | | | | |
| 20. --NPRTX | | | | | | | | | |
| 21. --AMOBX | | | | | | | | | |
| 22. --GLBBX | | | | | | | | | |
| 23. --TGRBX | | | | | | | | | |
| 24. --USGBX | | | | | | | | | |
| 25. --DINBX | | | | | | | | | |
| 26. --San Juan County, NM, real estate | | | | | | | | | |
| 27. Trust 2 | D | Dividend | | | Distributed | 10/19 | | | |
| 28. --Fidelity Advisor Equity Grth I mutual fd | | | | | | | | | |
| 29. --Scudder Small Cap Fd. (formerly Deutsche Small Cp. Fd.) | | | | | | | | | |
| 30. --SEI Bond Index Fd. | | | | | Sale | 10/19 | | | |
| 31. --T. Rowe Price Equity Inc. Fd. | | | | | | | | | |
| 32. --T. Rowe Price High Yield Fd. | | | | | | | | | |
| 33. --Vanguard Special Port Healthcare mutual fd | | | | | Sale | 10/19 | J | C | |
| 34. --Templeton Forreign Equity Fd. | | | | | Buy | 1/9 | J | | |
| 35. -- " | | | | | Sale | 10/19 | J | A | |
| 36. --SEI Prime Obligation fund, mutual fd | | | | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hartz, Harris L | 4/19/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. --SEI Core Fixed Income Fd, mutual fd | | | | | Sale | 10/19 | J | A | |
| 38. --SEI GNMA Fd. Mutual fd | | | | | Sale | 10/19 | K | | |
| 39. --SEI High Yield Bond Fd, mutual fd | | | | | Sale | 10/19 | J | A | |
| 40. --Blackrock Int'l Bond Fd, mutual fd | | | | | | | | | |
| 41. Parcel 1 Unimproved real estate in San Juan County, NM | B | Rent | M | W | | | | | |
| 42. Parcel 2 Unimproved real estate in San Juan County, NM | | | | | Sale | 1/5 | L | F | Kozimor Trust |
| 43. 403B account | A | Dividend | J | T | | | | | |
| 44. --PGRWX | | | | | | | | | |
| 45. 401(k) account | | None | | | rolled over | 8/17 | | | |
| 46. --FGRIX | | | | | | | | | |
| 47. --FMAGX | | | | | | | | | |
| 48. --T. Rowe Price Mid-Cap Grth Fd | | | | | | | | | |
| 49. --Calvert Social Inv. Eq. Fd. 1 | | | | | | | | | |
| 50. State Retirement Account | C | Interest | L | T | | | | | |
| 51. Individual Retirement Annuity | E | Dividend | N | T | | | | | |
| 52. --ING Fixed Account | | | | | | | | | |
| 53. --ING GET Fund Series D | | | | | Liquidated | 1/15 | K | | |
| 54. --ING Balanced VP | | | | | Partial Buy | 1/15 | K | | |

1. Income/Gain Codes: (See Columns B1 and D4)  
A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000  
F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)  
J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000  
N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000  
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)  
Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market  
U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hartz, Harris L | 4/19/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55.  -- " | | | | | Partial Buy | 8/23 | M | | |
| 56.  IRA Account | B | Dividend | M | T | | | | | |
| 57.  --SPIBX | | | | | | | | | |
| 58.  --Gov't Nat'l Mtge Ass'n Pool | | | | | | | | | |
| 59.  --DIVBX | | | | | | | | | |
| 60.  --EUGBX | | | | | | | | | |
| 61.  --MSDW Liquid Asset Fd, mutual fd. | | | | | | | | | |
| 62.  --US Treasury Bonds | | | | | | | | | |
| 63.  --AMOBX | | | | | | | | | |
| 64.  --GLBAX | | | | | Buy | 7/12 | J | | |
| 65.  Annuity | A | Dividend | J | T | | | | | |
| 66.  --ING GET Fund Series E | | | | | liquidate | 9/14 | J | | |
| 67.  --VP Inter Bond Portfolio | | | | | buy | 9/14 | J | | |
| 68.  Allstate Life Ins. Co. annuity | A | Interest | K | T | | | | | |
| 69.  CM Life Ins. Policy | B | Interest | L | M | | | | | |
| 70.  MONY Life Ins. Policy | A | Interest | K | T | | | | | |
| 71.  Security Connecticut Life Ins. Policy #1 | A | Interest | K | T | | | | | |
| 72.  Security Connecticut Life Ins. Policy #2 | A | Interest | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hartz, Harris L | 4/19/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. TETSX (formerly BABEX) | C | Dividend | M | T | | | | | |
| 74. EVGFX | | None | J | T | | | | | |
| 75. OPPAX | A | Dividend | K | T | | | | | |
| 76. SCINX | A | Dividend | K | T | | | | | |
| 77. MSDW Active Assets Money Trust, mutual fd | A | Dividend | J | T | | | | | |
| 78. AMOBX | | None | J | T | | | | | |
| 79. DIVBX | D | Dividend | K | T | | | | | |
| 80. EUGBX | A | Dividend | J | T | | | | | |
| 81. GLBBX | A | Dividend | K | T | | | | | |
| 82. UTLBX | A | Dividend | J | T | | | | | |
| 83. BRKB | | None | L | T | | | | | |
| 84. -- " | | | | | Partial buy | 2/4 | J | | |
| 85. -- " | | | | | Partial buy | 3/18 | J | | |
| 86. -- " | | | | | Partial buy | 7/29 | J | | |
| 87. -- " | | | | | Partial buy | 7/30 | J | | |
| 88. -- " | | | | | Partial buy | 12/14 | J | | |
| 89. OIA | A | Dividend | J | T | | | | | |
| 90. Tech. Commercialization Int'l, cmn | | None | K | W | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Hartz, Harris L | 4/19/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. Wells Fargo Bank Account | A | Interest | M | T | | | | | |
| 92. State of Israel Bond | A | Interest | J | T | | | | | |
| 93. US Savings Bonds | B | Interest | K | T | | | | | |
| 94. Tennis Club of Albuquerque debenture | A | Interest | J | T | | | | | |
| 95. Promissory Note--Kozimor Trust | A | Interest | K | T | acquire | 1/5 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS      (Indicate part of Report.)

1. Trust 3 on the 2002 form no longer meets the threshold for reporting

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Hartz, Harris L | 4/19/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date __4/19/2005__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544